NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-7047

ALPHONSE J. WOMACK,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 06-2993, Judge Alan G. Lance, Sr.

ON MOTION

Before SCHALL, Circuit Judge.

## ORDER

The Secretary of Veterans Affairs moves to remand this appeal or in the alternative moves for an extension of time to file his brief.

We deem it the better course to have the parties address the issue in their briefs.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion to remand is denied.

(2)     The motion for an extension of time is granted. The Secretary's brief is due within 28 days from the date of filing of this order.

FOR THE COURT

DEC 2 9 2009

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:    Adam Michael Raviv, Esq.
       Allison Kidd-Miller, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2009

JAN HORBALY
CLERK